# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ALEXANDER JONES,

    Petitioner,

v.                                                          CASE NO. 4:09-cv-00496-MP-CJK

MICHAEL D CREWS, WALTER MCNEIL, KENNETH S TUCKER,

    Respondents.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 1, 2013. (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The the amended petition for writ of habeas corpus (doc. 8) challenging the convictions and sentences in State of Florida v. Alexander Jones, in the Circuit Court of Leon, Florida, case nos. 2002-CF-4249, 2004-CF-1012, and 2004-CF-1216, is DENIED, and no certificate of appealability shall be issued. The clerk is directed to close the file.

**DONE AND ORDERED** this _27th_ day of March, 2013

                                                       *s/Maurice M. Paul*
                                               Maurice M. Paul, Senior District Judge